# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-3371

_____

Joel Marvin Munt

*Plaintiff - Appellant*

v.

Nanette Larson; Kathy Reid; Shelly Monio; Kim Ebeling; Doctors #1-6; Health
Services Workers #1-6; Opticians #1-4; RN #1

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: October 11, 2018
Filed: October 16, 2018
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Joel Marvin Munt appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Viewing the record in a light most favorable to Munt, and giving him the benefit of all reasonable inferences, we agree with the district court that defendants were entitled to summary judgment on Munt's claims under the First, Eighth, and Fourteenth Amendments, and the Americans with Disabilities Act. See Murchison v. Rogers, 779 F.3d 882, 886-87 (8th Cir. 2015) (de novo review). We also find no error in the other district court rulings Munt challenges in this court. The judgment is affirmed. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.